C. Kent Roberts, OSB #80101
Email ckroberts@schwabe.com
**Bradley D. Maier, OSB #03118**
Email bmaier@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900
    Of Attorneys for Plaintiff,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BHPB FREIGHT PTY LTD.,** <br><br> Plaintiff, <br><br> vs. <br><br> M/V POS ISLAND, her engines, tackle, apparel, furniture, equipment and all other necessaries appertaining and belonging thereto, *in rem*, <br><br> Defendant. | No. CV '07 1560-ST <br><br> IN ADMIRALTY <br><br> ORDER FOR RELEASE OF VESSEL FROM ARREST, DISCHARGE OF CUSTODIAN AND DISMISSAL |

On motion of plaintiff,

    IT IS HEREBY ORDERED as follows:

    1)    The defendant vessel M/V POS ISLAND is hereby released from arrest and from the custody of the U.S. Marshal and the substitute custodian previously appointed herein, effective upon execution of this Order. Plaintiff's counsel shall serve this Order on the U.S. Marshal and substitute custodian forthwith by facsimile, and shall file the original with the Court Clerk on Monday, October 22, 2007.

Page 1 -  ORDER FOR RELEASE OF VESSEL FROM ARREST,
           DISCHARGE OF CUSTODIAN AND DISMISSAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

PDX/012345/012345/CKR/2271575.1

2) The U.S. Marshal and the substitute custodian appointed by the court by Order dated October 18, 2007, Cascade Marine Agencies, are hereby discharged of all custodial duties respecting the defendant vessel M/V POS ISLAND, provided, however, that plaintiff shall pay the agreed upon and reasonable charges of the U.S. Marshal and the substitute custodian for their services;

3) The above-captioned case and cause is hereby dismissed without prejudice and without costs to any party.

DATED this 20th day of October, 2007.

_____
Hon. Janice M. Stewart
United States Magistrate Judge

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
C. Kent Roberts, OSB #80101
Bradley D. Maier, OSB #03118
Of Attorneys for Plaintiff

Page 2 - ORDER FOR RELEASE OF VESSEL FROM ARREST, DISCHARGE OF CUSTODIAN AND DISMISSAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

PDX/012345/012345/CKR/2271575.1